# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

          *

vs.           *      Criminal No.: GLR-19-0400

          *

GILBERT DODD           *

     *      *      *      *      *      *      *

## MOTION TO SEAL

The defendant, Gilbert Dodd, by his counsel, Alan R. L. Bussard, hereby moves this

Honorable Court for an Order Directing the Clerk to seal the proposed sealed document filed

October 12, 2021.

Respectfully submitted,

/s/

_____

Alan R. L. Bussard #01317
101 E. Chesapeake Avenue, Ste. 200
Towson, Maryland 21286
410-821-1155
alan.bussard@bussardlaw.com
Attorney for Defendant