## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Criminal No.: GLR-19-0400 |
| | * | |
| GILBERT DODD | * | |

\* \* \* \* \* \* \*

## ORDER TO SEAL

Upon Consideration of the foregoing Motion to Seal, it is ORDERED this _12th_

day of ____October_. _2021_____ that the proposed sealed document filed October 12, 2021,

be SEALED.

_____
George L. Russell, III
United States District Judge